IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CORRY MENCY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4780

Opinion filed December 9, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Corry Mency, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition seeking belated appeal is denied.  See Powell v. Fla. Dep't of Corr.,

727 So. 2d 1103 (Fla. 1st DCA 1999).

ROBERTS, C.J, ROWE and WINSOR, JJ., CONCUR.